UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY LEE MORRISSETTE, SR.,<br><br>                  Petitioner,<br>    v.<br><br>PERRY RUSSELL, *et al.*,<br><br>                  Respondents. | Case No. 3:21-cv-00189-MMD-CLB<br><br>ORDER |

This is a *habeas corpus* action under 28 U.S.C. § 2254. Currently before the Court are the petition for a writ of *habeas corpus* and the motion for appointment of counsel. (ECF Nos. 2, 3.) Although Petitioner Jerry Morrissette has paid the filing fee, he is unable to afford counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). The issues that Morrissette presents would benefit from appointment of counsel. The Court thus will appoint counsel.

It is therefore ordered that Morrissette's motion for appointment of counsel (ECF No. 3) is granted. Counsel will represent Morrissette in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

It is further ordered that the Federal Public Defender ("FPD") is appointed provisionally as counsel for Morrissette. The FPD will have 30 days from the date of entry of this order either to undertake representation of Morrissette or to indicate to the Court the office's inability to represent Morrissette. If the FPD is unable to represent Morrissette, then the Court will appoint alternate counsel, subject again to establishment of financial eligibility. The Court will set a deadline for filing of an amended petition or a motion seeking other relief after counsel has appeared. The Court does not signify any implied finding of tolling during any time period established or any extension granted. Morrissette remains responsible for calculating the limitation period of 28 U.S.C. § 2244(d)(1) and timely presenting claims. The Court makes no representation that the petition, any

amendments to the petition, and any claims in the petition or amendments are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

The Clerk of Court is directed to add Aaron Ford, Attorney General for the State of Nevada, as counsel for Respondents.

It is further ordered that Respondents' counsel must enter a notice of appearance within 21 days of entry of this order, but no further response will be required from Respondents until further order of the Court.

The Clerk of Court is further directed to provide copies of this order and all prior filings to both the Attorney General and the FPD in a manner consistent with the Clerk of Court's current practice, such as regeneration of notices of electronic filing.

It is further ordered that, notwithstanding LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the Court.

DATED THIS 5th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE