UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JERRY LEE MORRISSETTE, | Case No. 3:21-cv-00189-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Petitioner Jerry Morrissette has filed an unopposed motion to extend time (first request). (ECF No. 16.) The Court finds good cause exists to grant Morrissette's motion to extend time. Morrissette will have up to and including November 23, 2021, to file a second amended petition.

DATED THIS 1st Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE