UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JERRY LEE MORRISSETTE,

                  Petitioner,

   v.

PERRY RUSSELL, *et al.*,

                Respondents.

Case No. 3:21-cv-00189-MMD-CLB

ORDER

Petitioner Jerry Morrissette has filed an unopposed motion to extend time (second request). (ECF No. 18.) The Court finds good cause exists to grant Morrissette's motion to extend time. Morrissette will have up to and including January 24, 2022, to file a second amended petition.

DATED THIS 24th Day of November 2021.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE