UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>　　　　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:21-cv-00189-MMD-CLB<br><br>ORDER |

Petitioner Jerry Morrissette has filed an unopposed motion to extend time (fourth request). (ECF No. 22.) The Court finds good cause exists to grant Morrissette's motion to extend time. Morrissette will have up to and including March 31, 2022, to file a second amended petition.

DATED THIS 17th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE