UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY LEE MORRISSETTE, | Case No. 3:21-cv-00189-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' Motion to Extend Time (ECF No. 28) is granted. Respondents have until August 29, 2022 to answer or otherwise respond to the second amended petition for writ of habeas corpus (ECF No. 24) in this case.

DATED THIS 21st day of June 2022.

ANNE R TRAUM
UNITED STATES DISTRICT JUDGE