UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LEE MORRISSETTE, | Case No. 3:21-cv-00189-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' Unopposed Motion for Enlargement of Time (Second Request) ("Motion") (ECF No. 30) to file a response to the second amended habeas corpus petition (ECF No. 24) is granted. The Court finds the Motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion. Respondents have until October 28, 2022, to answer or otherwise respond to the second amended petition for writ of habeas corpus in this case.

DATED THIS 2nd day of September 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE