UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>　　　　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00189-ART-CLB<br><br>ORDER |

Good cause appearing, it is hereby ordered that Petitioner's unopposed motion for extension of time to file an opposition to Respondents' motion to dismiss the second amended petition (first request) ("motion") (ECF No. 36) is granted. The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. Petitioner has until December 27, 2022, to file an opposition to the motion to dismiss the second amended petition.

DATED THIS 15th day of November 2022.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE