UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERRY LEE MORRISSETTE,

                Petitioner,

v.

PERRY RUSSELL, *et al.*,

                Respondents.

Case No. 3:21-cv-00189-ART-CLB

ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner's unopposed motion for extension of time to file an opposition to Respondents' motion to dismiss the second amended petition for a writ of habeas corpus (second request) **(ECF No. 38) is GRANTED**. Petitioner has until February 10, 2023, to file an opposition to the motion to dismiss the second amended petition.

DATED THIS 30th day of December 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE