UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY LEE MORRISSETTE, | Case No. 3:21-cv-00189-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Petitioner Jerry Lee Morrissette seeks an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 44.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed fifth motion for enlargement of time (ECF No. 44) is granted. Petitioner has until May 12, 2023, to file his opposition.

DATED THIS 18th day of April 2023.

_____

ANNE R TRAUM
UNITED STATES DISTRICT JUDGE