UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>                Petitioner,<br>   v.<br>PERRY RUSSELL, *et al.*,<br><br>                Respondents. | Case No. 3:21-cv-00189-ART-CLB<br><br>ORDER |

    Respondents seek an extension of time to file their reply in support of their motion to dismiss. (ECF No. 48.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

    It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 48) is granted. Respondents have until July 18, 2023, to file their reply.

    DATED THIS 26th day of May 2023.

_____
ANNE R TRAUM
UNITED STATES DISTRICT JUDGE