UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>　　　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00189-ART-CLB<br><br>ORDER |

Petitioner seeks an extension of time to file his reply in support of his second amended petition. (ECF No. 54.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 54) is granted. Petitioner has until March 4, 2024, to file his reply.

Dated this 2nd day of January 2024.

_____
ANNE R TRAUM
UNITED STATES DISTRICT JUDGE