UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JERRY LEE MORRISSETTE, | Case No. 3:21-cv-00189-ART-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his reply in support of his second amended petition. (ECF No. 58.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed third motion for enlargement of time (ECF No. 58) is granted. Petitioner has until August 5, 2024, to file his reply.

Dated this 18th day of June 2024.

ANNE R TRAUM
UNITED STATES DISTRICT JUDGE