UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:21-cv-00189-ART-CLB<br><br>ORDER |

Petitioner seeks an extension of time to file his reply in support of his second amended petition. (ECF No. 62.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed fifth motion for enlargement of time (ECF No. 62) is granted. Petitioner has until December 3, 2024, to file his reply.

DATED THIS 17th day of October, 2024.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ANNE R TRAUM
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE