UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LEE MORRISSETTE, <br><br> Petitioner, <br> v. <br><br> PERRY RUSSELL, et al., <br><br> Respondents. | Case No. 3:21-cv-00189-ART-CLB <br><br> ORDER |

Petitioner moves for an extension of time to file his reply to the respondents' answer to the second amended petition. (ECF No. 66.) The respondents did not file a response to the motion and the time to do so has expired. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's sixth motion for extension of time (ECF No. 66) is granted. Petitioner has until January 17, 2025, to file a reply to the respondents' answer to the second amended petition.

DATED THIS 3rd day of January 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE