UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LEE MORRISSETTE, | Case No. 3:21-cv-00189-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, et al., | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time to file his reply in support of his second amended habeas petition (Seventh Request) (ECF No. 68). Petitioner anticipates this will be his last request for extension of time. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's seventh motion for extension of time (ECF No. 68) is granted. Petitioner has until February 10, 2025, to file a reply in support of his second amended petition.

DATED THIS 24th day of January 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE