UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>　　　　　　　Petitioner,<br>　v.<br>JOHN HENLEY, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00189-ART-CLB<br><br>**ORDER** |

　　　Petitioner and Nevada state prisoner, Jerry Lee Morrissette, through his appointed counsel, filed a Motion to Continue the July 29, 2025, Hearing (ECF No. 76 "Motion") for oral argument in this habeas matter. Respondents filed a Non-Opposition (ECF No. 77.) The Court finds there is good cause to continue the hearing.

　　　It is therefore ordered that the Motion to Continue the July 29, 2025, Hearing (ECF No. 76) is granted.

　　　It is further ordered that the hearing scheduled in this matter for July 29, 2025, is hereby vacated.

DATED THIS 15th day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE