UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LEE MORRISSETTE,<br><br>　　　　Petitioner,<br>　v.<br>JOHN HENLEY, *et al.*,<br><br>　　　　Respondents. | Case No. 3:21-cv-00189-ART-CLB<br><br>**ORDER** |

In this habeas matter, Petitioner and Nevada state prisoner, Jerry Lee Morrissette, filed a Motion for Extension of Time to File a Reply in Support of the Second Amended Petition (Eighth Request) ("Motion" (ECF No. 70)). Respondents did not respond to the Motion and the time to do so has expired. The Court finds there is good cause to grant the Motion.

It is therefore ordered that the Motion for Extension of Time to File a Reply in Support of the Second Amended Petition (Eighth Request) (ECF No. 70) is granted *nunc pro tunc*. The deadline to file the Reply is February 18, 2025.

DATED THIS 21st day of August 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE